IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KEVIN EUGENE OWEN

VS.                                          CIVIL ACTION NO.  2:11cv216 KS-MTP

STATE OF MISSISSIPPI, ET AL

## ORDER

This cause is before the Court on Report and Recommendation [16] of United States Magistrate Judge Michael T. Parker entered herein on November 25, 2014.  There was a Motion for Extension of Time filed by plaintiff [18] and plaintiff was granted additional time by Order of this Court [20] dated December 16, 2014.  The plaintiff forwarded an unsigned letter [21] to this Court on January 12, 2015, and by Order of this Court [22] plaintiff was ordered to show cause why the Court should not proceed and rule on the pleadings as they stand.  Additionally, the Court gave plaintiff until January 23, 2015, to respond.  There has been no response or objection filed and 27 days have passed since the Show Cause Order.  The Court addresses the Report and Recommendation as unobjected to and being fully advised in the premises, finds that the Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court and the Complaint is hereby dismissed with prejudice.  A separate Judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this the 12th day of February, 2015.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE